UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OFFICER BRIAN ERRINGTON<br>      Plaintiff,<br><br>      v.<br><br>CITY OF READING, RICHARD TORNIELLI, ERIC DRIESBACH, CHARLES MENGES, and JOHN DOES 1-10,<br>      Defendants. | :<br>:<br>:<br>:   No. 5:21-cv-00118<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 31st day of August, 2021, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 14, Plaintiff's response in opposition thereto, ECF No. 16, Defendants' reply in support of their motion, ECF No. 17, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' motion, ECF No. 14, is **GRANTED**.

2. Plaintiff's Amended Complaint, ECF No. 12, is **DISMISSED without prejudice** as against all Defendants.

3. **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Court's Opinion, file an amended complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge