# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OFFICER BRIAN ERRINGTON<br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF READING, RICHARD TORNIELLI, ERIC DRIESBACH, CHARLES MENGES, and JOHN DOES 1-10,<br>　　　Defendants. | :<br>:<br>:<br>:  　No. 5:21-cv-00118<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 22nd day of December, 2021, upon consideration of Defendants' Motion to Dismiss, ECF No. 23, Plaintiff's response thereto, ECF No. 24, Defendants' reply in support, ECF No. 25, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 23, is **GRANTED**.

2. Plaintiff's Second Amended Complaint is **DISMISSED with prejudice**.

3. This matter is **CLOSED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge